QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANTHONY HOLMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-0340 AWI |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO VACATE MOTIONS CALENDAR/HEARING AND TO BE RESET;  AND SET STATUS CONFERENCE HEARING; AND PROPOSED ORDER THEREON |
| v. | ) ) |  |
| ANTHONY HOLMES, | ) |  |
| Defendant. | ) ) ) | Date:   December 12, 2005<br>Time:   9:00 a.m.<br>Judge: Hon.  Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between plaintiff and defendant's counsel of record herein, that the motions calendar and the hearing on said motions set for November 28, 2005 is hereby vacated to be reset by the Court;

**IT IS FURTHER STIPULATED** by and between plaintiff and defendant's counsel herein, that a Status Conference Hearing be set for **December 12, 2005 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///

1  reparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2  DATED:  November 22, 2005                    MCGREGOR W. SCOTT
                                                United States Attorney

5                                       By /s/ Kimberly A. Kelly
                                           KIMBERLY A. KELLY
6                                          Assistant U.S. Attorney
                                           Attorney for Plaintiff

8  DATED: November  22, 2005                    QUIN DENVIR
                                                Federal Defender

11                                      By /s/ Mark A. Lizárraga
                                           MARK A. LIZÁRRAGA
                                           Assistant Federal Defender
12                                         Attorney for Defendant

### **O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:    November 22, 2005**                 /s/ **Anthony W. Ishii**
0m8i78                                          UNITED STATES DISTRICT JUDGE

Stipulation to Vacate Motions Calendar/Hearing etc        2