QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANTHONY HOLMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:05-cr-0340 AWI |
|---|---|
| Plaintiff, | ) STIPULATION CONTINUE STATUS |
| | ) CONFERENCE HEARING; AND ORDER |
| v. | ) THEREON |
| | ) |
| ANTHONY HOLMES, | ) Date: January 17, 2006 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between plaintiff and defendant's counsel of record herein, that the motions calendar and the hearing on said motions set for December 12, 2005 is hereby vacated to be reset by the Court;

**IT IS FURTHER STIPULATED** by and between plaintiff and defendant's counsel herein, that a Status Conference Hearing be set for **January 17, 2006 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///

reparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED:  December 8, 2005                             McGREGOR W. SCOTT
                                                                          United States Attorney

                                                                          By /s/ Kimberly A. Kelly
                                                                          KIMBERLY A. KELLY
                                                                          Assistant U.S. Attorney
                                                                          Attorney for Plaintiff

DATED: December 8, 2005                              QUIN DENVIR
                                                                          Federal Defender

                                                                         By  /s/ Mark A. Lizárraga
                                                                          MARK A. LIZÁRRAGA
                                                                          Assistant Federal Defender
                                                                          Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   December 9, 2005**                             **/s/ Anthony W. Ishii**
0m8i78                                                    UNITED STATES DISTRICT JUDGE