```
 1  DANIEL J. BRODERICK, Bar #89424
    Acting Federal Defender
 2  MARK A. LIZÁRRAGA, CA Bar #186240
    Assistant Federal Defender
 3  2300 Tulare Street, Suite 330
    Fresno, California  93721-2226
 4  Telephone: (559) 487-5561

 5  Attorney for Defendant
    ANTHONY HOLMES
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO.  1:05-cr-0340 AWI |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | ) ) |  |
| ANTHONY HOLMES, | ) ) | Date:  March 13, 2006 Time:  9:00 a.m. |
| Defendant. | ) ) | Judge: Hon.  Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for February 21, 2006 may be continued to **March 13, 2006, at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///
///

1  preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2  DATED:  February 15, 2006                    MCGREGOR W. SCOTT
                                                United States Attorney

5                                           By /s/ Kimberly A. Kelly
                                                KIMBERLY A. KELLY
6                                               Assistant U.S. Attorney
                                                Attorney for Plaintiff

8  DATED: February 15, 2006                     DANIEL J. BRODERICK
                                                Acting Federal Defender

11                                          By /s/ Mark A. Lizárraga
                                                MARK A. LIZÁRRAGA
                                                Assistant Federal Defender
12                                              Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:     February 17, 2006**              /s/ Anthony W. Ishii
0m8i78                                        UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference       2