DANIEL J. BRODERICK,  Bar #89424
Acting Federal Defender
MARK A.  LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANTHONY HOLMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  1:05-cr-0340 AWI |
| | ) | |
| *Plaintiff,* | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE HEARING; AND ORDER |
| v. | ) | THEREON |
| | ) | |
| ANTHONY HOLMES, | ) | Date:   April 10, 2006 |
| | ) | Time:  9:00 a.m. |
| *Defendant.* | ) | Judge: Hon.  Anthony W. Ishii |
| | ) | |

   **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled

for April 3, 2006,  may be continued to **April 10, 2006, at 9:00 a.m.**

   The parties agree that the delay resulting from the continuance shall be excluded in the interests of

justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

///

///

///

///

///

///

///

1    preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2         DATED:  March 30, 2006                    MCGREGOR W. SCOTT
                                                    United States Attorney
3

4

5                                             By /s/ Kimberly A. Kelly
                                                 KIMBERLY A. KELLY
6                                                Assistant U.S. Attorney
                                                 Attorney for Plaintiff
7

8         DATED: March 30, 2006                     DANIEL J. BRODERICK
                                                    Acting Federal Defender
9

10

11                                            By  /s/ Mark A. Lizárraga
                                                 MARK A. LIZÁRRAGA
12                                               Assistant Federal Defender
                                                 Attorney for Defendant
13
                                 **O R D E R**
14
               IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§
15
     3161(h)(8)(A) and 3161(h)(B)(iv).
16

17
     IT IS SO ORDERED.
18
     **Dated:    March 31, 2006**             _____/s/ Anthony W. Ishii_____
19   0m8i78                                   UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28