1  DANIEL J. BRODERICK,  Bar #89424
   Acting Federal Defender
2  MARK A.  LIZÁRRAGA, CA Bar #186240
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, California  93721-2226
4  Telephone: (559) 487-5561

5  Attorney for Defendant
   ANTHONY HOLMES
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,              )   NO.  1:05-cr-0340 AWI
11                                        )
                      *Plaintiff,*        )   STIPULATION TO CONTINUE STATUS
12                                        )   CONFERENCE HEARING; AND ORDER
              v.                          )   THEREON
13                                        )
   ANTHONY HOLMES,                        )   Date:  April 24, 2006
14                                        )   Time:  9:00 a.m.
                      *Defendant.*        )   Judge: Hon.  Anthony W. Ishii
15 _____)

16        **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

17 attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled

18 for April 10, 2006,  may be continued to **April 24, 2006, at 9:00 a.m.**

19        The parties agree that the delay resulting from the continuance shall be excluded in the interests of

20 justice, including but not limited to, the need for the period of time set forth herein for effective defense

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1    preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2         DATED:  April 6, 2006                              MCGREGOR W. SCOTT
                                                             United States Attorney
3

4

5                                                    By /s/ Kimberly A. Kelly
                                                             KIMBERLY A. KELLY
6                                                            Assistant U.S. Attorney
                                                             Attorney for Plaintiff
7

8         DATED: April 6, 2006                               DANIEL J. BRODERICK
                                                             Acting Federal Defender
9

10

11                                                   By  /s/ Mark A. Lizárraga
                                                             MARK A. LIZÁRRAGA
                                                             Assistant Federal Defender
12                                                           Attorney for Defendant

13                                        **O R D E R**

14
         IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§
15
     3161(h)(8)(A) and 3161(h)(B)(iv).
16

17

     IT IS SO ORDERED.
18
     **Dated:    April 7, 2006               /s/ Anthony W. Ishii**
19   0m8i78                                  UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

Stipulation to Continue Status Conference          2