DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANTHONY HOLMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-cr-0340 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; AND ORDER |
| v. ) | THEREON |
| ) | |
| ANTHONY HOLMES, ) | Date: May 22, 2006 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Anthony W. Ishii |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for May 8, 2006, may be continued to **May 22, 2006, at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///
///

preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED:  May 3,  2006                                MCGREGOR W. SCOTT
                                                    United States Attorney


                                            By /s/ Kimberly A. Kelly
                                               KIMBERLY A. KELLY
                                               Assistant U.S. Attorney
                                               Attorney for Plaintiff


DATED: May 3, 2006                                  DANIEL J. BRODERICK
                                                    Acting Federal Defender


                                            By /s/ Mark A. Lizárraga
                                               MARK A. LIZÁRRAGA
                                               Assistant Federal Defender
                                               Attorney for Defendant

# O R D E R

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).



IT IS SO ORDERED.

**Dated:   May 5, 2006**                    **/s/ Anthony W. Ishii**
9h0d30                                      UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing          2