DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANTHONY HOLMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:05-cr-0340 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | |
| ANTHONY HOLMES, | Date: June 5, 2006 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for May 22, 2006, may be continued to **June 5, 2006, at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///
///

1   preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2   DATED:  May 18,  2006                           MCGREGOR W. SCOTT
                                                    United States Attorney

5                                               By /s/ Kimberly A. Kelly
                                                   KIMBERLY A. KELLY
6                                                  Assistant U.S. Attorney
                                                   Attorney for Plaintiff

8   DATED: May 18, 2006                            DANIEL J. BRODERICK
                                                   Acting Federal Defender

11                                              By /s/ Mark A. Lizárraga
                                                   MARK A. LIZÁRRAGA
                                                   Assistant Federal Defender
12                                                 Attorney for Defendant

## **O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:    May 19, 2006**                    _/s/ Anthony W. Ishii_
0m8i78                                         UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing           2