DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANTHONY HOLMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-0340 AWI |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | ) ) | |
| ANTHONY HOLMES, | ) ) | Date: June 12, 2006 Time: 9:00 a.m. |
| Defendant. | ) ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for June 5, 2006, may be continued to **June 12, 2006, at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///
///

1  preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2  DATED:  May 30,  2006                    MCGREGOR W. SCOTT
                                            United States Attorney

5                                           By /s/ Kimberly A. Kelly
                                            KIMBERLY A. KELLY
6                                           Assistant U.S. Attorney
                                            Attorney for Plaintiff

8  DATED: May 30, 2006                      DANIEL J. BRODERICK
                                            Acting Federal Defender

11                                          By /s/ Mark A. Lizárraga
                                            MARK A. LIZÁRRAGA
                                            Assistant Federal Defender
12                                          Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:   May 31, 2006**                   **/s/ Anthony W. Ishii**
0m8i78                                      UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing          2