DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANTHONY HOLMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  ANTHONY HOLMES,  Defendant. | NO. 1:05-cr-0340 AWI  STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON  Date: July 31, 2006  Time: 9:00 a.m.  Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for July 3, 2006, may be continued to **July 31, 2006, at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///
///

preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED:  June 29,  2006                MCGREGOR W. SCOTT
                                      United States Attorney


                                      By /s/ Kimberly A. Kelly
                                         KIMBERLY A. KELLY
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff


DATED: June 29, 2006                  DANIEL J. BRODERICK
                                      Acting Federal Defender


                                      By /s/ Mark A. Lizárraga
                                         MARK A. LIZÁRRAGA
                                         Assistant Federal Defender
                                         Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).


IT IS SO ORDERED.

**Dated:   June 30, 2006**                    /s/ Anthony W. Ishii
0m8i78                                 UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing            2