DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANTHONY HOLMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff*,<br><br>v.<br><br>ANTHONY HOLMES,<br><br>        *Defendant*. | NO. 1:05-cr-0340 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON<br><br>Date:  August 21, 2006<br>Time:  9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for July 31, 2006,  may be continued to **August 21, 2006, at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///
///

preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED: July 27, 2006              MCGREGOR W. SCOTT
                                  United States Attorney


                                  By /s/ Kimberly A. Kelly
                                  KIMBERLY A. KELLY
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

DATED: July 27, 2006              DANIEL J. BRODERICK
                                  Acting Federal Defender


                                  By /s/ Mark A. Lizárraga
                                  MARK A. LIZÁRRAGA
                                  Assistant Federal Defender
                                  Attorney for Defendant

## **O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:  July 28, 2006**              /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing        2