DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANTHONY HOLMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-cr-0340 AWI |
| ) | |
| *Plaintiff*, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; AND PROPOSED |
| v. ) | ORDER THEREON |
| ) | |
| ANTHONY HOLMES, ) | Date: September 5, 2006 |
| ) | Time: 9:00 a.m. |
| *Defendant*. ) | Judge: Hon. Anthony W. Ishii |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for August 21, 2006, may be continued to **September 5, 2006, at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

1 | preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2 | DATED: August 14, 2006                MCGREGOR W. SCOTT
                                          United States Attorney

4 |                                       By /s/ Kimberly A. Kelly
                                             KIMBERLY A. KELLY
5 |                                          Assistant U.S. Attorney
                                             Attorney for Plaintiff

7 | DATED: August 14, 2006                DANIEL J. BRODERICK
                                          Federal Defender

                                          By /s/ Mark A. Lizárraga
9 |                                          MARK A. LIZÁRRAGA
                                             Assistant Federal Defender
10 |                                         Attorney for Defendant

13 |                                **O R D E R**

15 | IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§
16 | 3161(h)(8)(A) and 3161(h)(B)(iv).

18 | IT IS SO ORDERED.

19 | **Dated:   August 15, 2006**            /s/ Anthony W. Ishii
     0m8i78                                  UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing        2