DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANTHONY HOLMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-0340 AWI |
|---|---|---|
| *Plaintiff*, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | ) ) | |
| ANTHONY HOLMES, | ) ) | Date: September 19, 2006 Time: 9:00 a.m. |
| *Defendant*. | ) ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for September 5, 2006, may be continued to **September 19, 2006, at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

| | |
|---|---|
| DATED: August 31, 2006 | MCGREGOR W. SCOTT<br>United States Attorney |
| | By /s/ Kimberly A. Kelly<br>KIMBERLY A. KELLY<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
| DATED: August 31, 2006 | DANIEL J. BRODERICK<br>Federal Defender |
| | By /s/ Mark A. Lizárraga<br>MARK A. LIZÁRRAGA<br>Assistant Federal Defender<br>Attorney for Defendant |

**O R D E R**

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:   September 1, 2006**          /s/ Anthony W. Ishii
0m8i78                              UNITED STATES DISTRICT JUDGE