DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANTHONY HOLMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff*,<br><br>   v.<br><br>ANTHONY HOLMES,<br><br>   *Defendant*. | NO. 1:05-cr-0340 AWI<br><br>***AMENDED***<br>STIPULATION TO STATUS CONFERENCE HEARING; AND PROPOSED ORDER THEREON<br><br>Date: *December 18, 2006<br>Time: 9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

   **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for December 4, 2006, may be continued to ***December 18, 2006, at 9:00 a.m.**

   The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///
///

1  preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2  DATED: November 29, 2006                    MCGREGOR W. SCOTT
                                               United States Attorney

4                                         By /s/ Kimberly A. Sanchez
                                              KIMBERLY A. SANCHEZ
5                                             Assistant U.S. Attorney
                                              Attorney for Plaintiff

7  DATED: November 29, 2006                    DANIEL J. BRODERICK
                                               Federal Defender

9                                         By /s/ Mark A. Lizárraga
                                              MARK A. LIZÁRRAGA
10                                            Assistant Federal Defender
                                              Attorney for Defendant

## **O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:     November 29, 2006              /s/ Anthony W. Ishii**
0m8i78                                   UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing            2