IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | No. Cr. F 05-340 AWI |
| ) | |
| Plaintiff,   ) | **STIPULATED MOTION AND [lodged]** |
| ) | **ORDER TO REDUCE SENTENCE PURSUANT** |
| v.   ) | **TO 18 U.S.C. § 3582(c)(2)** |
| ) | |
| ANTHONY HOLMES,      ) | **RETROACTIVE CRACK COCAINE** |
| ) | **REDUCTION CASE** |
| Defendant.   ) | |
| ) | |
| _____ ) | |

The following stipulation was filed by the parties:

Defendant, ANTHONY HOLMES, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney KIMBERLY A. SANCHEZ, hereby stipulate as follows:

1.   Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.   The sentencing range applicable to Mr. Holmes was subsequently lowered by the United States Sentencing Commission in Amendment 706 by two levels;

3.   Accordingly, Mr. Holmes's adjusted offense level has been

1  reduced from 29 to 27, and a sentence at the low end of the new
2  guideline range would be 100 months;
3        4.    Mr. Holmes merits a reduction in his sentence based on the
4  factors listed in 18 U.S.C. § 3553(a), as well as considerations of
5  public safety and Mr. Holmes's positive post-sentencing conduct;
6        5.    Accordingly, the parties request the court to enter the order
7  lodged herewith reducing Mr. Holmes's term of imprisonment to an
8  aggregate term of 100 months on all counts.
9  Dated:  August 5, 2008
10 Respectfully submitted,
11 McGREGOR SCOTT                          DANIEL J. BRODERICK
   United States Attorney                  Federal Defender
12
13
    /s/ *Kimberly A. Sanchez*                /s/ *David M. Porter*
14 KIMBERLY A. SANCHEZ                      DAVID M. PORTER
   Assistant U.S. Attorney                  Assistant Federal Defender
15
   Attorney for Plaintiff                   Attorney for Movant
16 UNITED STATES OF AMERICA                 ANTHONY HOLMES
17
18
19                                  **ORDER**
20      This matter came before the Court on the stipulated motion of the
21 defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).
22      On March 19, 2007, this Court sentenced Mr. Holmes to a term of
23 imprisonment of 121 months.  The parties agree, and the Court finds,
24 that Mr. Holmes is entitled to the benefit of the retroactive amendment
25 reducing crack cocaine penalties, which reduces the applicable offense
26 level from 29 to 27.
27      IT IS HEREBY ORDERED that the term of imprisonment originally
28 imposed is reduced to an aggregate term of 100 months on all counts;

1    IT IS FURTHER ORDERED that all other terms and provisions of the
2 original judgment remain in effect.
3    Unless otherwise ordered, Mr. Holmes shall report to the United
4 States Probation office closest to the release destination within
5 seventy-two hours after his release.

7 IT IS SO ORDERED.

8 **Dated:   August 7, 2008**                    **/s/ Anthony W. Ishii**
                                                   CHIEF UNITED STATES DISTRICT JUDGE