1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  Counsel Designated for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ANTHONY HOLMES

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) No. Cr. F 05-340 AWI
                                  )
12            Plaintiff,          ) **STIPULATED MOTION AND [lodged]**
                                  ) **ORDER TO REDUCE SENTENCE PURSUANT**
13       v.                       ) **TO 18 U.S.C. § 3582(c)(2)**
                                  )
14 ANTHONY HOLMES,                ) **RETROACTIVE CRACK COCAINE**
                                  ) **REDUCTION CASE**
15            Defendant.          )
                                  ) Judge:  Hon. ANTHONY W. ISHII
16 _____)

17        Defendant, ANTHONY HOLMES, by and through his attorney, Assistant

18 Federal Defender David M. Porter, and plaintiff, UNITED STATES OF

19 AMERICA, by and through its counsel, Assistant U.S. Attorney KIMBERLY

20 A. SANCHEZ, hereby stipulate as follows:

21        1.   Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the

22 term of imprisonment in the case of a defendant who has been sentenced

23 to a term of imprisonment based on a sentencing range that has

24 subsequently been lowered by the Sentencing Commission pursuant to 28

25 U.S.C. § 994(o);

26        2.   The sentencing range applicable to Mr. Holmes was

27 subsequently lowered by the United States Sentencing Commission in

28 Amendment 750;

1     3.    Accordingly, Mr. Holmes's adjusted offense level has been

2 reduced from 27 to 23, and a sentence at the low end of the new

3 guideline range would be 70 months;

4     4.    Mr. Holmes merits a reduction in his sentence based on the

5 factors listed in 18 U.S.C. § 3553(a), as well as considerations of

6 public safety and Mr. Holmes's positive post-sentencing conduct;

7     5.    Accordingly, the parties request the court to enter the order

8 lodged herewith, on November 1, 2011, reducing Mr. Holmes's term of

9 imprisonment to an aggregate term of 70 months on all counts.

10 Dated:  October 28, 2011

11 Respectfully submitted,

12 BENJAMIN WAGNER           DANIEL J. BRODERICK
United States Attorney     Federal Defender

13

14

  /s/                   /s/ David M. Porter

15 KIMBERLY A. SANCHEZ       DAVID M. PORTER
Assistant U.S. Attorney    Assistant Federal Defender

16

Attorney for Plaintiff     Attorney for Movant

17 UNITED STATES OF AMERICA    ANTHONY HOLMES

18 **ORDER**

19     This matter came before the Court on the stipulated motion of the

20 defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

21     On August 13, 2008, this Court resentenced Mr. Holmes to a term of

22 imprisonment of 100 months.  The parties agree, and the Court finds,

23 that Mr. Holmes is entitled to the benefit of the retroactive amendment

24 reducing crack cocaine penalties, which reduces the applicable offense

25 level from 27 to 23.

26 ///

27 ///

28 ///

STIPULATED MOTION and ORDER TO REDUCE SENTENCE

1       IT IS HEREBY ORDERED that the term of imprisonment originally

2   imposed is reduced to an aggregate term of 70 months on all counts;

3       IT IS FURTHER ORDERED that all other terms and provisions of the

4   original judgment remain in effect.

5       The provisions of this order are stayed up to and including

6   November 11, 2011, to permit the Bureau of Prisons to make appropriate

7   release arrangements.

8       Unless otherwise ordered, Mr. Holmes shall report to the United

9   States Probation office closest to the release destination within

10  seventy-two hours after his release.

11  IT IS SO ORDERED.

12

Dated: _____November 1, 2011_____

13                  CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION and ORDER TO REDUCE SENTENCE
-3-