AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:05-cr-00340-AWI   Document 56   Filed 11/03/11   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>Anthony Holmes<br><br>Date of Original Judgment: 3/19/2007<br>Date of Previous Amended Judgment: 8/13/2008<br>*(Use Date of Last Amended Judgment if Any)* | Case No: 1:05-CR-340 AWI<br>USM No: 62494-097<br><br>David Porter<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  **X** the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   **X** GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  100  months **is reduced to**  70 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  3/19/2007  shall remain in effect.

**IT IS SO ORDERED**.

Order Date:  November 3, 2011                    /s/ ANTHONY W. ISHII
                                                                              *Judge's signature*

Effective Date:  November 11, 2011                ANTHONY W. ISHII
         *(if different from order date)*                        *Printed name and title*